LYNN A. METROW, Respondent, v ST. JOHN THE BAPTIST ROMAN CATHOLIC CHURCH, Appellant, et al., Defendant. [639 NYS2d 748] Memorandum: Supreme Court did not err in denying defendants' motion to dismiss the complaint on the ground that plaintiff did not suffer a serious injury as defined in Insurance Law § 5102 (d). On a motion to dismiss that has not been converted to a motion for summary judgment, affidavits submitted by the defendant will seldom, if ever, warrant dismissal unless "the affidavits establish conclusively that plaintiff has no cause of action" (*Rovello v Orofino Realty Co.,* 40 NY2d 633, 636; *see also, Hinrichs v Youssef,* 214 AD2d 604). The evidence submitted by defendants does not establish conclusively that plaintiff has no cause of action. (Appeal from Order of Supreme Court, Kings County, Aronin, J.—Dismiss Complaint.) Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.

MICHAEL LANG et al., Respondents, v TOWN OF ISLIP, Defendant, and ISLIP RESOURCES RECOVERY AGENCY et al., Appellants. [639 NYS2d 747] Present—Green, J. P., Lawton, Wesley, Doerr and Davis, JJ.